UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWER THE FUTURE,

     Plaintiff,

    v.

ENVIRONMENTAL PROTECTION
AGENCY, et al.,

     Defendants.

Civil Action No. 24-2821 (APM)

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court please enter the appearance of Assistant United States Attorney Michael Yohannan and remove the appearance of former Assistant United States Attorney Stephanie R. Johnson as counsel for the Defendants in the above-captioned case.

Dated: July 16, 2026
    Washington, D.C.

Respectfully submitted,

 /s/ Michael Yohannan
MICHAEL YOHANNAN
Pennsylvania Bar #307575
Assistant United States Attorney
Civil Division
601 D Street, NW
Washington, DC 20530
Telephone: 202-809-2054
Michael.Yohannan@usdoj.gov

*Attorney for the United States of America*