UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWER THE FUTURE,

      Plaintiff,

    v.

ENVIRONMENTAL PROTECTION
AGENCY, et al.,

      Defendants.

Civil Action No. 24-2821 (APM)

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b), the Clerk of the Court please withdraw the appearance of Assistant United States Attorney Stephanie R. Johnson as counsel for Defendants in the above-captioned case. Defendants continue to be represented by other Department of Justice counsel as reflected on the docket and by any other Department of Justice counsel who enter an appearance. This matter is not currently set for trial.

Dated: July 17, 2026

Respectfully submitted,

By:      */s/ Stephanie R. Johnson*
     STEPHANIE R. JOHNSON,
      D.C. Bar # 1632338
     Assistant United States Attorney
     Civil Division
     601 D Street, NW
     Washington, DC 20530
     (202) 252-7874
     Stephanie.Johnson5@usdoj.gov

     *Attorney for the United States of America*