UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

POWER THE FUTURE,

             *Plaintiff,*

v.                                                                                    Civil Action Nos. 24-cv-2821 (APM)

DEPARTMENT OF STATE et al.,

             *Defendants.*

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by undersigned counsel, jointly stipulate to the dismissal of this action, without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: August 7, 2026

/s/Matthew D. Hardin
MATTHEW D. HARDIN
HARDIN LAW OFFICE
101 Rainbow Drive # 11506
Livingston, TX 77399
(202) 802-1948
matthewdhardin@gmail.com

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Michael E. Yohannan
MICHAEL E. YOHANNAN
Pennsylvania Bar No. 307575
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Tel.: (202) 809-2054
Email: michael.yohannan@usdoj.gov

*Attorneys for the United States of America*